# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Quinyatte J. Harrell #455534 )
)
Plaintiff )
)
vs. )   Case No. _____
)   (*The case number will be assigned by the clerk*)
Sheriff Antonio S. Brown )
U.S. Marshal John Doe ① )
U.S. Marshal John Doe ② )
U.S. Marshal John Doe ③ )
U.S. Marshal John Doe ④ )
U.S. Marshal John Doe ⑤ )
Decatur Police Officer Jane Doe )
U.S. Marshal Tim_____, )
)
Defendant(s) )

FILED
JUL 16 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

- [x] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all of the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

United States District Court
Central District of Illinois

Quinyatte S. Harrell #455534

vs.                              Case No.

Sheriff Antonio D. Brown
U.S. Marshal John Doe (1)
U.S. Marshal John Doe (2)
U.S. Marshal John Doe (3)
U.S. Marshal John Doe (4)
U.S. Marshal John Doe (5)
Decatur Police Officer Jane Doe
U.S. Marshal Tim
U.S. Marshal Tom
E.M.T. John Doe (1)
E.M.T. John Doe (2)

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Quinyatte Jarmaine Harrell

Prison Identification Number: 455534

Current address: 3500 North Harlin Avenue, Evansville Indiana 47711

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Sheriff Antonio S. Brown

Current Job Title: Sheriff (Macon County Decatur IL)

Current Work Address: 333 South Franklin Street, Decatur, Illinois 62523

Defendant #2:

Full Name: U.S Marshal John Doe ①

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown Decatur, Illinois 62523

Defendant #3:

Full Name: U.S. Marshel John Doe ②

2

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown
Decatur, Illinois 62523

Defendant #4:

Full Name: U.S. Marshal John Doe ③

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown
Decatur, Illinois 62523

Defendant #5:

Full Name: U.S. Marshal John Doe ④

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown
Decatur, Illinois 62523

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☐      No ☒

If yes, please describe   n/a

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒      No ☐

3

United States District Court
Central District of Illinois

Quinyatte J. Harrell #455534
Plaintiff

vs.                                    Case No.

Sheriff Antonio D. Brown
U.S. Marshal John Doe ①
U.S. Marshal John Doe ②
U.S. Marshal John Doe ③
U.S. Marshal John Doe ④
U.S. Marshal John Doe ⑤
Decatur Police Officer Jane Doe
U.S. Marshal Tim
U.S. Marshal Tom
E.M.T. John Doe ①
E.M.T. John Doe ②

Defendant #6:
Full Name: U.S. Marshal John Doe ⑤
Current Job Title: U.S. Marshal of Central Illinois
Current Work Address: unknown - Decatur, Illinois 62523

Defendant #7: Decatur Police Officer Jane Doe
Full Name: Decatur Police Officer Jane Doe
Current Job Title: Decatur Police Officer
Current Work Address: Decatur Police Department, Decatur IL. 62523

United States District Court
Central District of Illinois

Quinyatte J. Harrell #455534
Plaintiff

vs.                                  Case No.

Sheriff Antonio S. Brown
U.S. Marshal John Doe ①
U.S. Marshal John Doe ②
U.S. Marshal John Doe ③
U.S. Marshal John Doe ④
U.S. Marshal John Doe ⑤
Decatur Police Officer Jane Doe
U.S. Marshal Tim
U.S. Marshal Tom
E.M.T. John Doe ①
E.M.T. John Doe ②

Defendant #8:

Full Name: U.S. Marshal Tim

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown - Decatur, Illinois 62523


Defendant #9:

Full Name: U.S. Marshal Tom

Current Job Title: U.S. Marshal of Central Illinois

Current Work Address: unknown - Decatur, Illinois 62523

United States District Court
Central District of Illinois

Quinyatte J. Harrell #455534

Plaintiff

vs.                              Case No.

Sheriff Antonio S. Brown
U.S. Marshal John Doe ①
U.S. Marshal John Doe ②
U.S. Marshal John Doe ③
U.S. Marshal John Doe ④
U.S. Marshal John Doe ⑤
Decatur Police Officer Jane Doe
U.S. Marshal Tim
U.S. Marshal Tom
E.M.T. John Doe ①
E.M.T. John Doe ②

Defendant #10:

Full Name: E.M.T. John Doe ①

Current Job Title: E.M.T Decatur, Illinois 62523

Current Work Address: unknown - Decatur, Illinois 62523

Defendant #11:

Full Name: E.M.T. John Doe ②

Current Job Title: E.M.T. Decatur, Illinois 62523

Current Work Address: unknown - Decatur, Illinois 62523

8 of 20

United States District Court
Central District of Illinois

Quinyatte J. Harrell #45534
        Plaintiff

vs.                Case No.

Sheriff Antonio D. Brown
U.S. Marshal John Doe ①
U.S. Marshal John Doe ②
U.S. Marshal John Doe ③
U.S. Marshal John Doe ④
U.S. Marshal John Doe ⑤
Decatur Police Officer Jane Doe
U.S. Marshal Tim
U.S. Marshal Tom
E.M.T. John Doe ①
E.M.T. John Doe ②

C.

1. Name of Case, Court and Docket Number
   Quinyatte J. Harrell v. Derek Morgan

2. Basic claim made: Count I: Fourteenth Amendment claim against Sheriff Morgan for denying Plaintiff access to his prescription blood pressure medication at the Jail

3. Disposition: Settled; August 26, 2020

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      Quinyatte J. Harrell v. Shannon K. Wright

   2. Basic claim made  unknown

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Dismissed.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not  N/A

C. Is the grievance process completed?  Yes ☒  No ☐

Note: Grievance was filed April 14, 2021. Since then the Plaintiff have not received a response. Documents are attach

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  During arrest - Decatur, Illinois

Date(s) of the occurrence  April 08, 2021

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Assault/Excessive Force

On April 08, 2021, while at a friends house (address unknown) I Quinyatte S. Harrell was approached by a unknown number of U.S. Marshal's of Central Illinois, who ordered Harrell to come out of the home with his hands up (due to Harrell having a active warrant). Harrell complied with the Marshal's instructions. Harrell was then tackled to the ground. As Harrell was laying on his stomach, U.S. Marshal John Doe① ordered Harrell to give him his left arm. Harrell followed U.S. Marshal John Doe① instructions. Immediately after Harrell followed U.S. Marshal John Doe① instructions. U.S. Marshal John Doe① punched Harrell in the left side of his face. Harrell then asked U.S. Marshal John Doe①, why did he punch him? U.S. Marshal John Doe① did not respond. Harrell then began explaining to the other Marshal's, that he (Harrell) did not resist arrest, nor did he pose a threat towards any of the Marshal's. Harrell also informed the Marshal's, that he (Harrell) is currently taking Coumadin, due to the blood clots Harrell has in his lungs. Harrell also explained to the Marshal's, that by U.S. Marshal John Doe① punching him (Harrell) in the face could have caused life threatening injuries such as "death" due to Harrell currently taking Coumadin. Harrell was then picked up off the ground and escorted to a Decatur Police Patrol SUV by Officer Jane Doe of Decatur Police Department. As Harrell

5

sat in the patrol vehicle for a unknown amount of time, before being transported to the Decatur Police Department by Officer Jane Doe. Once Harrell arrived to Decatur Police Department. Harrell was met by U.S. Marshal Tim of Central Illinois. Harrell, asked U.S. Marshal Tim, what is the name of the U.S. Marshal who punched him? U.S. Marshal Tim, stated, it was U.S. Marshal John Doe①. Harrell asked, U.S. Marshal Tim to repeat the name, but U.S. Marshal Tim refused. Once Harrell enter the Decatur Police Department. Harrell was placed in a interview room. While in the interview room, Harrell discovered that there was swollen to his right temple area. Harrell immediately began requesting medical attention. Harrell was then removed out of the interview room and placed in a different interview room, due to the camera not working. As Harrell was sitting in the interview room. U.S. Marshal Tom enter the room along with U.S. Marshal John Doe②. U.S. Marshal Tom advise Harrell, that there was a Ambulance on the way. U.S. Marshal Tom began talking to Harrell, which shortly after, E.M.T. John Doe① and E.M.T. John Doe② enter the interview room. E.M.T. John Doe① then asked Harrell, what happened? Harrell explained to E.M.T. John Doe①, that he was experiencing blur visions, dizziness, and headaches. Harrell also explained to E.M.T. John Doe① that he is currently taking Coumadin, due to blood clots Harrell has in his lungs. Harrell also explained to E.M.T. John Doe①, that he was punched in the face by one of the Marshal's. E.M.T. John Doe① then informed U.S. Marshal Tom and U.S. Marshal John Doe②, that since Harrell is currently on Coumadin and has a knot on his right temple, they had to take Harrell to a local hospital in Decatur, Illinois. Once Harrell arrived by Ambulance to Memorial Hospital in Decatur Illinois. Harrell was given a CAT Scan, due to his injuries. Before Harrell was release, Harrell was perscribe Tylenol, due to the fact Harrell is not allowed to take any other pain medication, due to currently taking Coumadin. It unknown

6

amount of time elapsed and Harrell was released out of the hospital bed into the custody of the U.S. Marshals of Central Illinois. Harrell was then transported back to Decatur Police Department, where he was interviewed by U.S. Marshal Tom and U.S. Marshal John Doe②. After the interview was over, Harrell was transported to Macon County Jail, Decatur, Illinois. Once U.S. Marshal Tom booked Harrell into Macon County Jail. U.S. Marshal John Doe③ took pictures of Harrell injury. Harrell was then turned over to the custody of Macon County Jail correctional officers. A unknown amount of time elapsed while Harrell was in the custody of Macon County Jail, Harrell had a seizure, which Harrell believes was caused by being punched in the face by U.S. Marshal John Doe①. On April 14, 2021, Harrell filed a grievance pertaining to the incident that occured on April 08, 2021. Harrell has yet to receive a response. On May 14, 2021, Harrell sent a correspondence to Sheriff Antonio S. Brown. Harrell has yet to receive a response. Harrell has been taking Tylenol for his injury for 93 days. Harrell is currently experiencing blur visions, dizziness, and headaches due to being punched in the face. Harrell believes under the Fourth Amendment and Fourteenth Amendment his rights was violated.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

Plaintiff seeks relief, 1. That the Defendent's be ordered to pay Plaintiff hospital bills, 2. The Defendent pays all Plaintiff Court cost / Filing fees, 3. The Defendent's pays all Plaintiff attorney fees, 4 The Defendent's pays the Plaintiff in the sum of $150,000. for the Plaintiff injuries.

JURY DEMAND     Yes ☒     No ☐

Signed this 10th day of July, 2021.

_Quinyatte J. Harrell_
( Signature of Plaintiff)

| Name of Plaintiff: Quinyatte J. Harrell | Inmate Identification Number: 455534 |
|---|---|
| Address: 3500 N. Horlan Avence Evensville, IN 47711 | Telephone Number: N/A |

8